In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| James C. White, | § |
|     Plaintiff | § |
| | § |
| v. | § Civil Action No. 4:09-CV-02734 |
| | § |
| Francisco Briones, | § |
|     Defendant | § |

## FINAL JUDGMENT

On August 26, 2013, this case was called for trial on the merits. Plaintiff James C. White and Defendant Francisco Briones appeared in person and through their counsel of record and announced ready for trial. The Court empaneled and swore the jury, which heard the evidence of the parties and the arguments of counsel. The Court submitted instructions and questions to the jury on August 27, 2013, and after deliberations, the jury returned its unanimous verdict which the Court accepted and ordered filed. Based upon the verdict of the jury returned in favor of defendant Francisco Briones, he is entitled to judgment in his favor.

It is therefore ORDERED that the plaintiff, James C. White, take nothing by this suit and that all of Plaintiff's claims against Francisco Briones be dismissed on the merits with prejudice. This is a final judgment.

SIGNED on August 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge